UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRIAN HOLLENBECK and TISHA HOLLENBECK,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs | 03-CV-0825 |
| vs. | ~~HGM~~/DEP  LEK |
| **COMEQ, INC., ROUNDO AB and LUNA AB, BERGMAN & BEVING AD, LUNA SVERIGE AB LUNA VERKKTYG & MASKIN AB, HASSELHOLMS MEKANISKA AB LUNA INTERNATIONAL AB and LUNA SERVICEPARTNER** | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiffs and defendants., that whereas no party hereto is an infant, incompetent person for whom a guardian has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled actions be, and the same hereby are discontinued upon the merits with prejudice without costs to any party as against the other, and the action may be dismissed. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| LEVENE, GOULDIN & THOMPSON, LLP | FINKELSTEIN & PARTNERS, LLP |
| s/Michael R. Wright | s/ Eleanor L. Polimeni |
| By:Michael R. Wright, | By: Eleanor L. Polimeni, Esq. |
| Bar #102848 | Bar # 104418 |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| COMEQ, INC.and ROUNDO AB | Office Address: |
| Office Address: | 436 Robinson Avenue |
| 450 Plaza Drive | Newburgh, NY 12550 |
| Vestal, NY 13850 | |

Cerussi & Spring

s/ Kevin Westerman
By: Kevin Westerman, Esq.
Bar No.: 514532
Attorneys for Defendants
LUNA AB, BERGMAN & BEVING AB,
LUNA SVERIGE AB, LUNA VERKTG & MASKIN AB,
HASSLEHOLMS MEKANISKA AB,
LUNA INTERNATIONAL AB and
LUNA SERVICEPARTNER AB
One North Lexington Avenue
White Plains, NY   10601

SO ORDERED

_____
David E. Peebles
U.S. Magistrate Judge
Dated: 7/17/08
Syracuse, New York